IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:19CR241** |
| vs. | |
| CLAYTON BERTUCCI, | **ORDER** |
| Defendant. | |

This matter comes before the Court on the Unopposed Motion to Release from Detention (Filing No. 91) filed by Defendant Clayton Bertucci on July 8, 2026. The motion seeks Mr. Bertucci's release from detention for the limited purpose of participation in substance abuse treatment at Carl T. Curtis Behavioral Health/Umohon Alcohol Drug Program in Macy, Nebraska. The United States of America, by and through Assistant United States Attorney Sean Lynch, does not oppose the motion. United States Probation Officer Chessie Vesely also does not object and recommends this course of action.

The Court, being fully advised in the premises, finds that the Unopposed Motion to Release from Detention (Filing No. 91) should be granted. The defendant shall be released on the current terms and conditions of supervision, which also include the Defendant reporting and residing at the Carl T. Curtis Behavioral Health/Umohon Alcohol Drug Program until successful completion of the program. Defendant shall be released from the U.S. Marshal's custody on Friday, July 10, 2026, no later than 10:00 a.m. from the Hruska Federal Courthouse in Omaha, Nebraska. Transportation will be provided by staff from the treatment facility directly from the courthouse.

If the Defendant fails to remain at the Carl T. Curtis Behavioral Health/Umohon Alcohol Drug Program, and obey all the rules of said program, the Court shall be notified immediately so that a warrant may be issued. The U.S. Marshals are directed to release the Defendant with up to a 30-day supply of his current medications. Defendant remains subject to all the previously ordered conditions of his supervised release.

Dated this 9th day of July, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge